CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 17 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DISABILITY CENTER OF VIRGNIA, | ) |
| Plaintiff, | ) Civil Action No.: 7:19-cv-349 |
| v. | ) |
| DEPAUL COMMUNITY RESOURCES, | ) |
| | ) By: Michael F. Urbanski |
| Defendants. | ) Chief United States District Judge |

## ORDER

In accordance with the representation made by counsel that this case has been settled and compromised, it is **ORDERED** and **ADJUDGED** that this case is dismissed with prejudice, and **ORDERED** stricken from the active docket of the court; <u>provided</u> that the court retains jurisdiction to enforce the settlement if any party so moves within 60 days of entry of this order.

All pending motions are **DENIED** as moot.

It is **SO ORDERED**.

Entered: June 17, 2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge